# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANAVERO, INC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THRIVE COMMERCE, LLC** | : | **NO. 25-5520** |

## ORDER

**NOW**, this 7th day of January, 2026, upon consideration of Thrive Commerce's First Motion to Dismiss (Doc. No. 8), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.